UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DONALD FREELAND, JOSE BRITO, JAN MARIE BROWN, ROSEMARY D'AUGUSTA, PAMELA FAUST, CAROLYN FJORD, DONALD FRY, MICHAEL MALANEY, LEN MARAZZO, LISA MCCARTHY, TIM NIEBOER, BILL RUBINSOHN, SONDRA RUSSELL, CLYDE STENSRUD, PAMELA WARD, AND CHRISTINE WHALEN,<br><br>Plaintiffs,<br><br>v.<br><br>NIPPON STEEL CORPORATION, NIPPON STEEL NORTH AMERICA, INC., AND 2023 MERGER SUBSIDIARY, INC.,<br><br>Defendants. | Case No. 25-cv-01240-EKL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO VACATE THE TRO HEARING AS MOOT<br><br>Hon. Eumi K. Lee |

### [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO VACATE THE TRO HEARING AS MOOT

Before the Court is Defendants' Administrative Motion to Vacate the TRO Hearing as Moot (the "Motion"), which the Court scheduled to consider Plaintiffs' Motion for Immediate Temporary Restraining Order (the "TRO Motion"). After reviewing the Motion and its supporting materials, as well as the TRO Motion and the affidavit in support thereof, IT IS HEREBY ORDERED THAT the Motion is deemed SUBMITTED under Local Rule 7-11(c); the Motion is GRANTED; the hearing scheduled for June 18, 2025, at 11:00 a.m. is VACATED; and the TRO Motion is DENIED AS MOOT.

Dated: June 18, 2025



DENIED
Judge Eumi K. Lee