UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD FREELAND, et al.,

Plaintiffs,

v.

NIPPON STEEL CORP., et al.,

Defendants.

Case No. 25-cv-01240-EKL

**JUDGMENT**

Re: Dkt. No. 83

On March 17, 2026, the Court granted Defendants' motion to dismiss this action with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing by the complaint herein.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 17, 2026

_____
EUMI K. LEE
United States District Judge

United States District Court
Northern District of California